IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALTON EARL INGRAM, JR.,

   Plaintiff,

vs.                                                          CASE NO. 4:08CV93-RH/AK,

RUDEN, MCCLOSKY, SMITH,
SCHUSTER & RUSSELL, P. A.,

   Defendants.

_____/

## O R D E R

By Order dated February 18, 2008, the District Judge dismissed the complaint in part and remanded this cause to the undersigned for further proceedings. (Doc. 21). The undersigned finds that the better course is for Plaintiff to file an amended complaint setting forth only those claims "based on the denial of his application for a Louisiana license, the revocation of his Tennessee license, or the handling of Case No. 2004-02313," referenced in the District Judge's order and provide as many relevant facts supporting these claims as he can provide. Defendant may then respond as they deem appropriate after which a discovery order will be entered setting deadlines for same.

Accordingly, it is

**ORDERED:**

Plaintiff shall on or before **March 20, 2009**, file and serve an amended complaint setting forth in more detail the claims which were not dismissed previously.

**DONE AND ORDERED** this _4th_ day of March, 2009.

                              *s/ A. KORNBLUM*
                              **ALLAN KORNBLUM
                              UNITED STATES MAGISTRATE JUDGE**