## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

ALTON EARL INGRAM, JR.,

      Plaintiff,

v.                                    CASE NO.  4:08cv93-RH/AK

RUDEN, MCCLOSKY, SMITH,
et al.,

      Defendants.

_____/

## <u>ORDER OF DISMISSAL</u>

      This case is before the court on the magistrate judge's report and recommendation (document 24).  No objections have been filed.  The clerk's office has confirmed from its records that copies of the magistrate judge's prior orders and the report and recommendation were properly mailed to the plaintiff.  Copies of the records maintained by the clerk when it mails material of this kind—rather than sending it out through the court's electronic filing system—are attached to this order.  Upon consideration,

      IT IS ORDERED:

      The report and recommendation is ACCEPTED and adopted as the court's

opinion.  The clerk must enter judgment stating, "This case is DISMISSED without

prejudice."  The clerk must close the file.

SO ORDERED on June 24, 2009.

s/Robert L. Hinkle
United States District Judge